<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-4472**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CALVIN A. LONG,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Abingdon.  Glen M. Williams, Senior District
Judge.  (CR-97-16)

———————————

Submitted:  November 4, 1999        Decided:  November 9, 1999

———————————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles Randall Lowe, TATE, LOWE & ROWLETT, P.C., Abington,
Virginia, for Appellant.  Robert P. Crouch, Jr., United States
Attorney, Rick A. Mountcastle, Assistant United States Attorney,
Abington, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Calvin A. Long appeals from the district court's order revoking his supervised release based on two convictions for criminal contempt. We have reviewed the briefs, the joint appendix, and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Long, No. CR-97-16 (W.D. Va. June 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2